**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

PAUL SEYMOUR,

    Petitioner,

vs.                                         Case No.  3:04cv49/MCR/EMT

DONALD BAUKNECHT, et al.,

    Respondents.
_____/

**O R D E R**

    This cause comes on for consideration upon the magistrate judge's report and recommendation dated March 30, 2005.  Petitioner has been furnished a copy of the report and recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  I have made a <u>de novo</u> determination of any timely filed objections.

    Having considered the report and recommendation, and any objections thereto timely filed, I have determined that the report and recommendation should be adopted.

    Accordingly, it is now **ORDERED** as follows:

    1.    The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

    2.    The petition for writ of habeas corpus (Doc. 1) is **DENIED** with prejudice.

    **DONE AND ORDERED** this 29th day of April, 2005.


                                          *s/ M. Casey Rodgers*
                                          **M. CASEY RODGERS
                                          UNITED STATES DISTRICT JUDGE**