UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

PAUL SEYMOUR

    VS                                            CASE NO.  3:04cv49 MCR/EMT

DONALD BAUKNECHT, ET AL

**JUDGMENT**

Pursuant to and at the direction of the Court, it is

ORDERED AND ADJUDGED that the petition for writ of habeas corpus is

**DENIED** with prejudice.

                              WILLIAM M. McCOOL, CLERK OF COURT

 April 29, 2005                /s/ Lynn C. Uhl
DATE                            Deputy Clerk: Lynn Uhl

Entered On Docket: _____  By: _____
Rules 58 & 79(a) FRCP or 32(d)(1) & 55 FRCRP
Copies mailed to:_____
_____
_____

Document No.